IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DANIEL H. GOVIND,<br><br>      Plaintiff. | No. C 13-00346 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION AND COMPLAINT TO REOPEN THIS ACTION |

      On March 26, 2013, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a complaint, and a judgment of dismissal without prejudice was entered. (Docket No. 4.)

      On April 17, 2013, Plaintiff filed and "Objection to default judgment" which the Court construes as a motion for reconsideration. Plaintiff asserts that he had timely completed and sent the In Forma Pauperis ("IFP") Application in March 2013, and that he had sent a request to the Mailroom Supervisor to verify his trust account and forward it to the Court. (Docket No. 6.) Plaintiff has provided a copy of the IFP application. However, the application is incomplete because Plaintiff failed to provide a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official and a copy of his prisoner trust account statement showing transactions for the last six months. Nor has the Court received these documents from prison officials.

1       Furthermore, Plaintiff has yet to file a proper complaint using the court's form
2 complaint. In the interest of justice, the Court will provide Plaintiff an extension of time
3 to reopen this action **within twenty-eight (28) days** from the date of this order. In that
4 time, Plaintiff must file a proper complaint using the court's form complaint and file the
5 necessary documents to complete his IFP application. If Plaintiff fails to do either in the
6 time provided, this action shall remain closed.

7       The Clerk shall enclose two copies of the court's form complaint and two blank
8 Certificate of Funds in Prisoner's account forms with a copy of this order to Plaintiff.

10 DATED: 5/1/2013

EDWARD J. DAVILA
United States District Judge

Order Granting EOT to file IFP and Complaint
00346Govind_eot-recon.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DANIEL H. GOVIND,

        Plaintiff.

Case Number: CV13-00346 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   5/2/2013  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel H. Govind K-17945
California Institution for Men
A-OH-117L
PO Box 368
Chino, CA 91708

Dated:   5/2/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk