IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>    Plaintiff,<br><br>  v.<br><br>CASH, et al.,<br><br>    Defendants. | No. C 13-00346 EJD (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. The acts of which Plaintiff complains occurred at California Institute for Men in Chino, California which is located in the Central District of California. Therefore, venue properly lies in the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

DATED: 7/3/2013

EDWARD L. DAVILA
United States District Judge

Order of Transfer
00346Govind_trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL H. GOVIND,

        Plaintiff,

  v.

CASH, et al.,

        Defendants.

Case Number: CV13-00346 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/3/2013  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel H. Govind K-17945
California Institution for Men
A-OH-117L
PO Box 368
Chino, CA 91708

Dated:   7/3/2013

/s/ Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk