UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL H. GOVIND, | ) | NO. EDCV 13-1214-CBM (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| B.M. CASH, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 10, 2013.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE